1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 GEORGE JOHNSON,                    )    NO. CV 09-5881-E
                                      )
12           Plaintiff,               )
                                      )
13      v.                            )    **JUDGMENT**
                                      )
14 MICHAEL J. ASTRUE, COMMISSIONER    )
   OF SOCIAL SECURITY ADMINISTRATION, )
15                                    )
             Defendant.               )
16 _____)

17

18     IT IS HEREBY ADJUDGED that the decision of the Commissioner
19 of the Social Security Administration is reversed in part and the matter
20 is remanded for further administrative action consistent with the
21 Memorandum Opinion and Order of Remand filed concurrently herewith.

22

23        DATED: February 24, 2010.

24

25
                              _____/S/_____
26                                    CHARLES F. EICK
                               UNITED STATES MAGISTRATE JUDGE
27
28